ent and order affirmed, with costs. Order ed.

VAN KIRK, Respondent, v. FIRST SOCIETY OF METHODIST EPISCOPAL CHURCH F GENEVA, Appellant. (Supreme Court, ppellate Division, Fourth Department. October 2, 1912.) Action by Martin L. Van Kirk ainst the First Society of Methodist Episcopal Church of Geneva. No opinion. Motion dismiss appeal denied, with $10 costs.

VAN TUYL. Superintendent of Banks, v. CHARMANN t al. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Appeal from Special Term, Kings unty. Action by George C. Van Tuyl, Jr., Superintendent of Banks, against August Scharmann and others. From an order erruling a demurrer to the complaint, defendants appeal. Affirmed. Almet Reed Latn, of New York City (Ward W. Pickard, of ew York City, on the brief), for appellants. Cady Herrick, of New York City (Frank M. atterson, of New York City, on the brief), r respondent.

PER CURIAM. We think that the decision f the learned Special Term, overruling the deurrer to this complaint, was proper. The ief points of attack made upon the complaint ave already been discussed by this court in heney v. Scharmann, 145 App. Div. 456, 129 . Y. Supp. 993, and we see no present reason r departing from the conclusion then reached y the court, which was adverse to the contentions now made by the appellants in this action. The point of the demurrer as to the dect of parties defendant was not involved in r discussed in the decision referred to, but e agree with the learned Special Term that he Lafayette Trust Company was not a necssary party to the maintenance of this action equity, although it was a proper party, and ay be brought in at any time before the trial f the action. The order overruling the deurrer is affirmed, with $10 costs and disbursents, but with leave to the defendants to anwer within 20 days, on payment of the costs nd disbursements of this appeal, together with he costs awarded in the order appealed from.

VAN WICKLEN, Respondent, v. VAN WICKLEN, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by David S. Van Wicken against Elizabeth Van Wicklen. No opinn. Judgment and order affirmed, with costs. ee, also, 142 App. Div. 507, 127 N. Y. Supp. 5.

VINCENT, Appellant, v. PAYNE et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) ction by John Vincent against Albert E. ayne, as executor, etc., and others. No opinn. Judgment modified, by striking out the

words "on the merits," and, as so modified, affirmed, without costs.

VOGELL, Appellant, v. ROSENTHAL, Respondent. (Supreme Court, Appellate Division, First Department. October 25, 1912.) Action by William H. Vogell against Sadie B. Rosenthal. N. D. Stern, of New York City, for appellant. B. N. Cardozo, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re WALDRON'S WILL. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) In the matter of the probate of the last will and testament of Mary A. Waldron, deceased.

PER CURIAM. Decree of the Surrogate's Court of Kings County (133 N. Y. Supp. 1104) reversed, upon questions of fact, with costs to the finally successful party, payable from the estate, and a trial of the following issues of fact directed to be had, as provided by section 2588 of the Code of Civil Procedure, by a jury at the November term of the Supreme Court in the county of Kings, viz.: (1) Is the signature attached to the alleged will the genuine signature of the deceased, Mary A. Waldron? (2) Was such alleged will executed as required by law? (3) Was the execution of the alleged will procured by fraud or undue influence practiced upon the testatrix?

In re WALDRON'S WILL. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) In the matter of the probate of the last will and testament of Mary A. Waldron, deceased. No opinion. Motion for resettlement of order of reversal denied, with $10 costs. See, also, 137 N. Y. Supp. 1147.

WALLER, Appellant, v. SCHRATWEISER FIREPROOF CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Arthur Waller, an infant, by Charles Johnson, his guardian ad litem, against the Schratweiser Fireproof Construction Company.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS and CARR, JJ., dissent.

WALSH, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Edmund J. Walsh against the Brooklyn, Queens County & Suburban Railroad Company.

PER CURIAM. Judgment and order of the County Court of Queens County reversed, and new trial ordered, costs to abide the event, for errors in the charge with reference to the ringing of the bell and Judge Cragen's statement, at folios 311, 320, and 321.

HIRSCHBERG, J., dissents.

In re WARD et al. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) In the matter of the application of Rob-

ert B. Ward and Monroe J. Fisher, to review, pursuant to section 56 of the Election Law (Consol. Laws 1909, c. 17), the action, etc., of the Inspectors of Primary Election in the Sixteenth, Seventeenth and Eighteenth Assembly Districts of Kings County. No opinion. Order (137 N. Y. Supp. 659) affirmed, without costs.

WARD, Appellant, v. CAMPION, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1912.) Action by Edwin C. Ward, as trustee in bankruptcy of the estate of the Eureka Trunk Lock Manufacturing Company, against Thomas H. Campion. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, for errors in ruling at folios 162, 248, 332, and 411.

WASSERMAN et al. v. PFIZER. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Jesse Wasserman and others against Gustavus A. Pfizer. No opinion. Motion for stay granted. Settle order on notice. See, also, 151 App. Div. 724, 136 N. Y. Supp. 203.

WASSON, Appellant, v. CITY OF ONEONTA, Respondent. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by Viola Wasson against the City of Oneonta.
PER CURIAM. Judgment affirmed, with costs.
KELLOGG and HOUGHTON, JJ., dissent, on the ground that it is a question of fact as to whether the city used reasonable care in ascertaining whether or not a proper guard was maintained.

WATSON v. BEAVER et al. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by John H. Watson against William Beaver and others. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed.

WATTS, Respondent, v. HEWLETT BAY CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by William J. Watts against the Hewlett Bay Company and another. No opinion. Motion denied, without costs. See, also, 137 N. Y. Supp. 288.

WATZELHAN, Appellant, v. NEW YORK TELEPHONE CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Ruth Watzelhan, an infant, by William Watzelhan, her guardian ad litem, against the New York Telephone Company. No opinion. Order unanimously affirmed, with costs.

WEARS, Appellant, v. JOHNSON et al., Respondents. (Supreme Court, Appellate Divi-

sion, Third Department. September 11, 191 Action by George W. Wears against Stanl Johnson and another. No opinion. De sion (151 App. Div. 770, 136 N. Y. Supp. 31 amended, so as to read as follows: Judgme of the County Court reversed, with costs, a judgment of the Justice's Court affirmed.

WEGMANN, Appellant, v. KRESS, F spondent. (Supreme Court, Appellate Di sion, Second Department. October 11, 191: Action by Maggie Wegmann, as administ trix, etc., of Wilhelmina Kress, decease against Christian Kress. No opinion. Juc ment and order affirmed, with costs.

WEINSTEIN, Respondent, v. LIVOTI al., Appellants. (Supreme Court, Appellate I vision, Second Department. September 1 1912.) Action by Abraham Weinstein agai Baldassare Livoti and another.
PER CURIAM. Judgment affirmed, wi costs.
THOMAS, J., not voting.

WENTWORTH v. GOLDMAN et al. (S preme Court, Appellate Division, First D partment. November 1, 1912.) Action 1 Sarah H. Wentworth against Barney Goldm: and others. W. W. Shaw, of New York Cit for appellant. J. R. Schiff, of New York Cit for respondent. No opinion. Order affirme with $10 costs and disbursements. Order file

WERNER, Appellant, v. MOHAWK CO1 DENSED MILK CO. et al., Respondent (Supreme Court, Appellate Division, Four Department. October 18, 1912.) Action 1 Christopher C. Werner, as trustee, etc., again the Mohawk Condensed Milk Company and a other. No opinion. Motion for reargume: denied, with $10 costs. Motion for leave appeal to Court of Appeals denied. See, als 136 N. Y. Supp. 585, 1150.

WESTMINSTER PRESBYTERIA CHURCH, Appellant, v. TRUSTEES O PRESBYTERY OF NEW YORK, Respond ent. (Supreme Court, Appellate Divisio First Department. October 25, 1912.) Actio by the Westminster Presbyterian Chure against the Trustees of the Presbytery of Ne York. C. M. Parsons, of New York City, f appellant. H. W. Jessup, of New York Cit for respondent.
PER CURIAM. Judgment and order a firmed, with costs on opinion in 142 App. Di 855, 127 N. Y. Supp. 836. Order filed.
INGRAHAM, P. J., dissents.

WETZLAR v. NEW YORK FINANCE CC et al. (Supreme Court, Appellate Divisio1 First Department. October 18, 1912.) A tion by Julius G. Wetzlar against the Ne York Finance Company and others. No opi1 ion. Motion to dismiss appeal granted, wit $10 costs, unless appellant comply with term